IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JERELLE ANDRE SUMPTER,

     Appellant,

 v.

Case No.  5D21-2776
LT Case Nos. 2013-CF-303605
                 2013-CF-304831

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed February 21, 2023

3.850 Appeal from the Circuit Court
for Volusia County,
Sandra C. Upchurch, Judge.

Matthew R. McLain, of McLain Law, P.A.,
Longwood, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Kaylee D. Tatman, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.